■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL SHEARD, Appellant. [851 NYS2d 882]

The defendant's contentions, including the contention raised in his supplemental pro se brief, are unpreserved for appellate review and we decline to reach them in the exercise of our interest of justice jurisdiction (*see* CPL 470.15 [3] [c]; [6] [a]). Lifson, J.P., Ritter, Florio and Carni, JJ., concur.